Nehrboss v 600 Cayuga Rd., Inc. (2024 NY Slip Op 02465)

Nehrboss v 600 Cayuga Rd., Inc.

2024 NY Slip Op 02465

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., GREENWOOD, NOWAK, AND KEANE, JJ.

382 CA 23-01817

[*1]DAVID NEHRBOSS, PLAINTIFF,
v
600 CAYUGA ROAD, INC., DEFENDANT.
600 CAYGUA ROAD, INC., THIRD-PARTY PLAINTIFF-RESPONDENT,
v
PLASTIC BOTTLES, INC., THIRD-PARTY DEFENDANT-APPELLANT. 

NASH CONNORS, P.C., BUFFALO (ANDREW J. KOWALEWSKI OF COUNSEL), FOR THIRD-PARTY DEFENDANT-APPELLANT.
LAW OFFICES OF JOHN WALLACE, BUFFALO (NANCY A. LONG OF COUNSEL), FOR THIRD-PARTY PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Dennis E. Ward, J.), dated September 26, 2023. The order, insofar as appealed from, denied the motion of third-party defendant for summary judgment dismissing the third-party complaint and granted in part the cross-motion of defendant-third-party plaintiff for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court